IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KRISTINA ANDERSON, #381697 | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23cv4 |
| COLLIN COUNTY DETENTION FACILITY, ET AL. | § § § | Judge Mazzant |

## FINAL JUDGMENT

The Court has considered Plaintiff's complaint and rendered its decision by its Order of Dismissal issued this date. Therefore, it is **ORDERED** the case is **DISMISSED** without prejudice.

**SIGNED this 22nd day of May, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE